### REYNOLDS ET AL. *v.* THE TOWN OF MONTICELLO.

APPEAL from the White Circuit Court.

DOWNEY, J.—The appeal in this case is by only part of the defendants, and the cause is submitted without a compliance with sec. 551, 2 G. & H. 270. The appellee moves to dismiss the appeal for this reason. The motion must be sustained.

The appeal is dismissed, with costs.

*J. E. McDonald* and *E. M. McDonald,* for appellants.

*R. C. Gregory* and *A. Reed,* for appellee.